MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Uriel Portillo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>URIEL PORTILLO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:19-CR-00266-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER<br><br>DATE: March 11, 2022<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

COMES NOW, Defendant, URIEL PORTILLO, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through his counsel of record KAREN ESCOBAR, hereby stipulate as follows:

　　1.　By previous order, this matter was set for sentencing on February 18, 2022.

　　2.　By this stipulation, defendants now move to continue the sentencing hearing to **March 11, 2022 at 8:30 a.m.** before the Honorable Jennifer L. Thurston. The government joins in this request.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　a.　Defense counsel is currently engaged in trial on the matter of People v. Omar Araujo BF162787B.

1

c. The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: February 14, 2022

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Uriel Portillo

DATED: February 14, 2022

/s/ Karen Escobar
Karen Escobar
Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 16, 2022**

UNITED STATES DISTRICT JUDGE

2